IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**UNITED STATES OF AMERICA**

**v.**                                                        **CASE NO: 3:25cr121/TKW**

**GAREY A. BUSCAINO**

_____/

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

COMES NOW, the United States of America, by and through undersigned counsel for the government, and moves this Court to continue the sentencing hearing in the instant case:

1. On or about August 19, 2025, a Superseding Indictment was returned against the above-named defendant in relation to child pornography offenses. (Doc. 20). The defendant entered a guilty plea and is currently set for sentencing on January 15, 2026. (Docs. 28 – 34). The draft presentence investigation report has been issued, and the defendant is pending final review of it prior to filing any potential objections. (Doc. 35). It is anticipated the defendant needs more time to review the report as it involves multiple charges and multiple victims.

2. The undersigned also knows that the National Center for Missing and Exploited Children is still trying to identify all the minor victims in the images/videos possessed by the defendant along with compiling their victim impact statements and potential restitution requests. This is simply due to the volume of contraband. Because the government appears unable to complete this process prior to the current sentencing date, it is unable to properly and fully notify the victims and obtain victim impact statements to provide the Court. This is essential for a fair sentencing hearing – the parties agree the victims have a right to provide such impact statements prior to the imposition of sentence.

3. Finally, the undersigned has a recently raised conflict with the current sentencing date based upon required out of district work travel. As currently set, the undersigned is simply unavailable.

4. As such, the government files this motion for a thirty (30) day continuance of the sentencing hearing. This should enable all the above issues to be resolved.

WHEREFORE, the government requests the Court grant this motion.

    Respectfully submitted,

    JOHN P. HEEKIN
    UNITED STATES ATTORNEY

    */s/ David L. Goldberg*
    DAVID L. GOLDBERG
    Assistant United States Attorney
    Northern District of Florida
    Member of the Maryland Bar
    21 East Garden Street, Suite 400
    Pensacola, Florida 32502
    (850) 444-4000

## RULE 7.1(B) CERTIFICATION

I HEREBY CERTIFY that defense counsel has been contacted regarding this motion and has no objection.

    */s/ David L. Goldberg*
    DAVID L. GOLDBERG
    Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for the defendant, on this 30th day of December, 2025.

*/s/ David L. Goldberg*
DAVID L. GOLDBERG
Assistant United States Attorney