**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**,

**v.**                                         **Case No. 3:25cr121/TKW**

**GAREY A. BUSCAINO**,

   **Defendant**.
_____/

## ORDER CONTINUING SENTENCING

Upon due consideration of the Government's unopposed motion to continue sentencing (Doc. 36), it is

**ORDERED** that the motion is **GRANTED**, and the sentencing hearing scheduled for January 15, 2026, is canceled. The Clerk shall re-notice the hearing for an available date in February 2026 that is agreeable to the parties.

**DONE and ORDERED** this 31st day of December, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**